UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREAT DAY DEVELOPMENT SALES CORPORAITON,

    Plaintiff,

  v.

JERRELL SMITH, et al.,

    Defendant.

Case No. 15-cv-05532-VC

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. Nos. 3, 5

The Court has reviewed Judge Laurel Beeler's Report and Recommendation Re: defendant's IFP Application and recommendation to remand the case to Alameda County Superior Court and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the IFP Application is GRANTED. The case is remanded to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: January 7, 2016

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT DAY DEVELOPMENT SALES CORPORAITON,<br><br>  Plaintiff,<br><br>  v.<br><br>JERRELL SMITH, et al.,<br><br>  Defendants. | Case No.  15-cv-05532-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Randy Campbell
2019 MacArthur Blvd.
Oakland, CA 94602

Dated: January 7, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2